No. 903. CAFETERIA EMPLOYEES UNION, LOCAL 302, ET AL. *v.* ANGELOS ET AL.; and

No. 904. CAFETERIA EMPLOYEES UNION, LOCAL 302, ET AL. *v.* TSAKIRES ET AL. May 17, 1943. Petition for writ

of certiorari to the Court of Appeals of New York in each case denied on the ground that it does not appear from the record that the federal question presented by the petition was properly presented to or expressly passed on by the New York Court of Appeals. *Mr. Louis B. Boudin* for petitioners. *Mr. Abraham Michael Katz* for respondents. See *post*, p. 778.